| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division |
| 3 | ELIZABETH D. KURLAN (CABN 255869)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-7298<br>Facsimile: (415) 436-6748 |
| 7 | Elizabeth.Kurlan@usdoj.gov |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN WANG, | Case No.: 3:24-cv-03013-LB |
| Plaintiff, | |
| v. | **STIPULATION TO STAY PROCEEDINGS;**<br>~~[PROPOSED]~~ **ORDER** |
| DIRECTOR OF THE SAN FRANCISCO ASYLUM OFFICE, *et al.*, | |
| Defendants. | |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until May 7, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for January 7, 2025. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen

circumstances that would require additional time for adjudication.

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven to ten days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 7, 2025, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

Dated: July 8, 2024

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

| | |
|---|---|
| Dated: July 8, 2024 | /s/ Ke Ye<br>KE YE<br>Attorney for Plaintiff |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 9, 2024

_____
LAUREL BEELER
United States Magistrate Judge

Stipulation to Stay Proceedings
Case No.: 3:24-cv-03013-LB                    3